IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

VIVIANA MADRID-WHILE,

ORDER

Plaintiff,

19-cv-121-wmc

v.

ANDREW SAUL,
Commissioner of Social Security,

Defendant.

---

Pursuant to a stipulation for remand (dkt. #8) filed by the parties on August 5, 2019,

IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to

sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further

proceedings as set forth in that stipulation.

Entered this 6th day of August, 2019.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge