IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VIVIANNA MADRID-WHYTE,

    Plaintiff,

v.

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.

AMENDED ORDER

19-cv-121-wmc

Pursuant to a stipulation for remand (dkt. #8) filed by the parties on August 5, 2019, IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that stipulation.

Entered this 6th day of August, 2019.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge